No. 88–334. LYTLE *v.* HOUSEHOLD MANUFACTURING, INC., DBA SCHWITZER TURBOCHARGERS. C. A. 4th Cir. Certiorari granted.

No. 88–1503. CRUZAN, BY HER PARENTS AND CO-GUARDIANS, CRUZAN ET UX. *v.* DIRECTOR, MISSOURI DEPARTMENT OF HEALTH, ET AL. Sup. Ct. Mo. Certiorari granted.

No. 88–1597. BOARD OF EDUCATION OF THE WESTSIDE COMMUNITY SCHOOLS (DIST. 66) ET AL. *v.* MERGENS, BY AND THROUGH HER NEXT FRIEND, MERGENS, ET AL. C. A. 8th Cir. Certiorari granted.

No. 88–1125. HODGSON ET AL. *v.* MINNESOTA ET AL.; and
No. 88–1309. MINNESOTA ET AL. *v.* HODGSON ET AL. C. A. 8th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 853 F. 2d 1452.

No. 88–1775. PEEL *v.* ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF ILLINOIS. Sup. Ct. Ill. Motions of National Board of Trial Advocacy and Association of Trial Lawyers of America et al. for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 88–7146. WHITMORE, INDIVIDUALLY AND AS NEXT FRIEND OF SIMMONS *v.* ARKANSAS ET AL. Sup. Ct. Ark. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 87–1262. ROGERS ET AL. *v.* LIQUID AIR CORP. C. A. 7th Cir. Certiorari denied.

No. 87–1478. MEDALLION TELEVISION ENTERPRISES, INC., ET AL. *v.* SELECTV OF CALIFORNIA, INC., ET AL. C. A. 9th Cir. Certiorari denied.